SACKS, RICKETTS & CASE LLP
Cynthia A. Ricketts, SBN 012668
cricketts@srclaw.com
Allison Kierman, SBN 024414
akierman@srclaw.com
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Telephone: (602) 385-3370
Facsimile: (602) 385-3371

*Attorneys for Plaintiff Project Vote, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Project Vote, Inc., | Case No. CV-16-01253-DLR-PHX |
| Plaintiff, | **NOTICE OF GOOD FAITH SETTLEMENT DISCUSSIONS** |
| v. | |
| Michele Reagan, in her official capacity as Secretary of State, State of Arizona; Adrian Fontes, in her official capacity as County Recorder of Maricopa County; F. Ann Rodriguez, in her official capacity as County Recorder of Pima County, | |
| Defendants. | |

Pursuant to the Court's December 28, 2016, Order [Doc. 52], the parties hereby advise and provide notice that they have engaged in good faith settlement discussions but that a formal Settlement Conference at this time is not an efficient use of judicial resources.

As the parties advised in their December 27, 2016, Joint Stipulation to Extend Settlement Conference Deadline [Doc. 47], the parties previously scheduled a Settlement Conference with Judge Bade for February 28, 2017. On February 16, 2017, the parties participated in a Pre-Settlement Conference with Judge Bade. Before the Pre-Settlement Conference, counsel for Michele Reagan, the Secretary of State ("the SOS"), advised that a bill has been introduced in and is currently pending before the Arizona Legislature, H.B. 2412, that counsel for the SOS believes will resolve the litigation, or a significant portion thereof.

1  During the Pre-Settlement Conference, counsel for the SOS further advised that the SOS
2  cannot agree to any settlement pending the legislature taking action on H.B. 2412.  Project
3  Vote disagrees regarding the import and applicability of H.B. 2412 to the litigation; Project
4  Vote believes that the matter can be resolved prior to action on the bill and, further, if the bill
5  were to become law it does not address all items in dispute.  Nonetheless, after discussion with
6  Judge Bade, the parties agreed that in light of the SOS's position, further settlement discussions
7  or a formal Settlement Conference at this time will not prove an efficient use of resources.

8        On February 17, 2017, a day after the Pre-Settlement Conference, Plaintiff Project
9  Vote, Inc. ("Project Vote") and counsel for F. Ann Rodriguez, County Recorder of Pima
10 County ("Ms. Rodriguez") met and conferred regarding settlement in an effort to determine
11 whether further informal settlement discussions between them at this time would be
12 productive.  Project Vote and Ms. Rodriguez have been unable to agree to a settlement at this
13 time, however.

14       Project Vote and Defendant Adrian Fontes, County Recorder of Maricopa County
15 ("Mr. Fontes"), also engaged in informal settlement discussions in February 2017.  The parties
16 are close to reaching an agreement in principle.  Project Vote and Mr. Fontes will promptly
17 advise the Court when a settlement agreement has been executed.

18       Dated this 28th day of February, 2017.

19                                   SACKS, RICKETTS & CASE LLP

20                                   By: s/Allison Kierman
21                                       Cynthia A. Ricketts
22                                       Allison Kierman
                                      2800 N. Central Avenue, Suite 1230
23                                       Phoenix, AZ 85004
24                                       (602) 385-3370
                                      cricketts@srclaw.com
25                                       akierman@srclaw.com

26                                 and
27
28

Michelle E. Kanter Cohen
(*pro hac vice* application forthcoming)
PROJECT VOTE
1420 K Street NW
Suite 700
Washington, DC 20005
(202) 546-4173
mkantercohen@projectvote.org

and

Colleen A. Conry
David Rhinesmith
Emerson Siegle
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
(202) 508-4695

*Attorneys for Plaintiff*
*Project Vote, Inc.*

ARIZONA ATTORNEY GENERAL

By:  s/Kara M. Karlson (w/permission)
    Kara M. Karlson
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926
    (602) 542-3333
    kara.karlson@azag.gov

*Attorneys for Defendant Michele Reagan,*
*Arizona Secretary of State*

MARICOPA COUNTY ATTORNEYS OFFICE

By:  s/M. Colleen Connor (w/permission)
    M. Colleen Connor
    301 W. Jefferson St., Ste. 3200
    Phoenix, AZ 85003
    (602) 506-8541
    connorc@mcao.maricopa.gov

*Attorneys for Defendant Helen Purcell,*
*Maricopa County Recorder*

1
2
3
4
5
6

PIMA COUNTY ATTORNEYS OFFICE

By: s/Daniel Jurkowitz (w/permission)
     Daniel Jurkowitz
     32 N. Stone Ave., Ste. 2100
     Tucson, AZ 85701
     (520) 740-5750
     daniel.jurkowitz@pcao.pima.gov

*Attorneys for Defendant F. Ann Rodriguez, Pima County Recorder*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same if non-registrants, this 28th day of February, 2017:

Daniel Jurkowitz
Pima County Attorney's Office
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701
daniel.jurkowitz@pcao.pima.gov

*Attorneys for Defendant F. Ann Rodriguez, Pima County Recorder*

M. Colleen Connor
Andrea L. Cummings
Maricopa County Attorney's Office
301 W. Jefferson St., Ste. 3200
Phoenix, AZ 85003
connorc@mcao.maricopa.gov
cumminga@mcao.maricopa.gov

*Attorneys for Defendant Helen Purcell, Maricopa County Recorder*

Kara M. Karlson
ARIZONA ATTORNEY GENERAL
1275 W. Washington Street
Phoenix, Arizona 85007-2926
SolicitorGeneral@azag.gov

*Attorneys for Defendant Michele Reagan, Arizona Secretary of State*

*/s/Katherine Sieckman*