SACKS, RICKETTS & CASE LLP
Cynthia A. Ricketts, SBN 012668
cricketts@srclaw.com
Amanda Jenkins, SBN 030694
ajenkins@srclaw.com
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Telephone: (602) 385-3370
Facsimile: (602) 385-3371

KIERMAN LAW PLC
Allison Kierman, SBN 024414
akierman@kiermanlaw.com
14362 N Frank Lloyd Wright Boulevard, Suite 1000
Scottsdale, AZ 85260
Telephone: (480) 719-7333

ROPES & GRAY LLP
Colleen A. Conry (*pro hac vice*)
colleen.conry@ropesgray.com
David E. Rhinesmith (*pro hac vice*)
david.rhinesmith@ropesgray.com
Emerson A. Siegle (*pro hac vice*)
emerson.siegle@ropesgray.com
2099 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 508-4600

*Attorneys for Plaintiff Project Vote, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Project Vote, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Michele Reagan, in her official capacity as Secretary of State, State of Arizona; Adrian Fontes, in his official capacity as County Recorder of Maricopa County; F. Ann Rodriguez, in her official capacity as County Recorder of Pima County, <br><br> Defendants. | Case No. CV-16-01253-DLR-PHX <br><br> **MOTION FOR VOLUNTARY DISMISSAL OF A DEFENDANT WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Project Vote, Inc. ("Project Vote"), by and through undersigned counsel, hereby moves this Court to voluntarily dismiss this action, without prejudice, as to Defendant Adrian Fontes, in his official capacity as County Recorder of Maricopa County ("Fontes"). In support of this motion, Plaintiff states:

1. On March 14, 2017, Project Vote and Defendant Fontes entered into a settlement agreement fully resolving Project Vote's claims against Fontes in this litigation. That agreement is attached hereto as Exhibit 1. Pursuant to that agreement, Project Vote and Fontes each agree to bear its/his own attorney's fees and costs.

2. On March 16, 2017, Defendant F. Ann Rodriguez, in her official capacity as County Recorder of Pima County, stated, through counsel, that she had no objection to the dismissal of Fontes from this action.

3. On March 17, 2017, Defendant Michele Reagan, in her official capacity as Secretary of State, State of Arizona, stated, through counsel, that she would not agree to the dismissal.

4. Under Federal Rule of Civil Procedure 41(a)(2), the Court may, "at the plaintiff's request," dismiss an action on "terms that the court considers proper." Here, in light of the resolution of the claims between Project Vote and Fontes, dismissal is proper as to those claims against Defendant Fontes.

5. This motion does not affect Project Vote's claims against the other defendants in this litigation, which continues as against Defendant Michele Reagan, in her official capacity as Secretary of State, State of Arizona; and against Defendant F. Ann Rodriguez, in her official capacity as County Recorder of Pima County.

WHEREFORE, Project Vote respectfully requests that this Court dismiss the above-captioned action, as to Defendant Fontes only, without prejudice and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: March 17, 2017

Respectfully submitted,

PROJECT VOTE, INC.

By: s/Amanda Jenkins
Cynthia A. Ricketts
Amanda Jenkins
SACKS, RICKETTS & CASE LLP
2800 N. Central Avenue, Suite 1230
Phoenix, AZ 85004
(602) 385-3370
cricketts@srclaw.com

and

Allison L. Kierman
KIERMAN LAW PLC
14362 N Frank Lloyd Wright Boulevard
Suite 1000
Scottsdale, AZ 85260
(480) 719-7333
akierman@kiermanlaw.com

and

Michelle E. Kanter Cohen (*pro hac vice*)
PROJECT VOTE, INC.
1420 K Street NW
Suite 700
Washington, DC 20005
(202) 546-4173
mkantercohen@projectvote.org

and

Colleen A. Conry (*pro hac vice*)
David E. Rhinesmith (*pro hac vice*)
Emerson A. Siegle (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
(202) 508-4600
colleen.conry@ropesgray.com
david.rhinesmith@ropesgray.com

*Attorneys for Plaintiff*
*Project Vote, Inc.*

3