1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Project Vote, Inc.,

              Plaintiff,

      v.

Michele Reagan, in her official capacity as
Secretary of State, State of Arizona; Adrian
Fontes, in his official capacity as County
Recorder of Maricopa County; F. Ann
Rodriguez, in her official capacity as County
Recorder of Pima County,

              Defendants.

Case No. CV-16-01253-DLR-PHX

**[PROPOSED] ORDER TO DISMISS**
**DEFENDANT ADRIAN FONTES**
**WITHOUT PREJUDICE**

      The Court hereby grants Plaintiff Project Vote's motion to dismiss Defendant Adrian

Fontes, in his official capacity as County Recorder of Maricopa County ("Fontes"), without

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  This order and the dismissal

of Defendant Fontes do not affect Plaintiff Project Vote's claims against the other defendants

in this litigation, which continues against Defendant Michele Reagan, in her official capacity

as Secretary of State, State of Arizona; and against Defendant F. Ann Rodriguez, in her

official capacity as County Recorder of Pima County.

      **IT IS SO ORDERED** that the motion to dismiss Defendant Fontes is **granted**.