# EXHIBIT 1

Mark Brnovich
Attorney General
Firm State Bar Number 14000
Kara M. Karlson (029407)
Joseph E. La Rue (031348)
Assistant Attorneys General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-3333
Fax: (602) 542-8308
kara.karlson@azag.gov
joseph.larue@azag.gov

Attorneys for Defendant Michele Reagan,
Arizona Secretary of State

# UNITED STATES DISCTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Project Vote,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Michele Reagan, Arizona Secretary of State, et al.,<br><br>　　　　　　Defendants. | Case No. CV-16-01253-PHX-DKD<br><br>**DECLARATION OF ERIC H. SPENCER** |

PURSUANT TO 28 U.S.C. § 1746, Eric Spencer, Election Services Director for the State of Arizona, declares as follows:

1. My name is Eric H. Spencer.

2. I am over the age of 18 and am of sound mind.

3. I have been employed with the Arizona Secretary of State as Election Services Director since January, 2015.

4. In my role with the Arizona Secretary of State, I oversee the State's Voter Registration List, which is a computerized database of voter registration records.

5. I am very familiar with the Voter Registration List, as well as the types of voter records that it contains.

6. I am also very familiar with the state and federal laws governing the Voter Registration List and the information it contains.

7. Under federal law, the State's Voter Registration List is the sole official list of registered voters in Arizona. 52 U.S.C. § 21083.

8. The Secretary of State is the chief election officer responsible for administering the State's Voter Registration List. A.R.S. § 16-168(J).

9. The State's Voter Registration List is comprised of data sent to the State by Arizona's counties, including Maricopa County.

10. Arizona law requires all the counties to send their voter registration information to the Secretary on a real time basis. A.R.S. § 16-168(J).

11. The Address Confidentiality Program is also a creation of state law, codified at A.R.S. § 41-161 et seq.

12. The Address Confidentiality Program allows victims of domestic violence, sexual offenses, and/or stalking to register to vote without putting their physical safety at risk.

13. Individual voters who have taken the steps to participate in the Address Confidentiality Program are referred to as "ACP Protected Voters."

14. The law that created the Address Confidentiality Program protects ACP Protected Voters by prohibiting state and local officials from releasing information that could allow an abuser or stalker to ascertain where an ACP Protected Voter resides.

15. The personally identifying information of voters who are part of the Address Confidentiality Program is included within the State's Voter Registration List, the same as any other registered voter.

16. Because voters register with their county of residence, the personally identifying information of voters who participate in the Address Confidentiality Program is also stored at the county level.

17. Although both the State and county have access to ACP Protected Voters' residential information, governmental entities, including the counties, are prohibited from disclosing the "actual address" of ACP Protected Voters. A.R.S. § 41-165(E).

18. "Actual address" is a defined term within the Address Confidentiality Program. It means "a residential, work or school address as specified on the individual's application to be a program participant and includes the county and voting precinct number." A.R.S. § 41-161(1).

19. When the Secretary responds to National Voter Registration Act ("NVRA") or public records requests for voter information, A.R.S. § 41-161 et seq. allows her to provide the ACP Protected Voters' names, but must not produce information that could identify where the ACP Protected Voters reside. The Secretary is legally obligated to redact not only the street address and telephone number, but also the precinct number and county of residence for any ACP Protected Voter.

20. Identifying an ACP Protected Voter's county of residence, or precinct information makes them less secure and places them at greater risk of further physical harm, sexual assault, stalking, or harassment.

21. The twenty smallest precincts in Maricopa County are smaller than a half square mile.

22. Some precincts in Maricopa County are as small as 123 square yards.

23. Identifying an urban voter's precinct is tantamount to identifying her neighborhood, and would provide an abuser with a targeted way to find his or her victim.

3

24. The Secretary believes that if the counties are allowed to provide precinct information and county of residence, the physical safety and lives of ACP Protected Voters will be endangered.

25. Additionally, the Secretary believes that persons who qualify for the program in the future will be discouraged from registering to vote if this information is not protected.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2017.

_____
Eric H. Spencer
Election Services Director,
Arizona Secretary of State's Office

#5842004-v4