# EXHIBIT 2

Mark Brnovich
Attorney General
Firm State Bar Number 14000
Kara M. Karlson (029407)
Joseph E. La Rue (031348)
Assistant Attorneys General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-3333
Fax: (602) 542-8308
kara.karlson@azag.gov
joseph.larue@azag.gov

Attorneys for Defendant Michele Reagan,
Arizona Secretary of State

# UNITED STATES DISCTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Project Vote, | Case No. CV-16-01253-PHX-DKD |
| Plaintiff, | **DECLARATION OF BETTY L. McENTIRE** |
| v. | |
| Michele Reagan, Arizona Secretary of State, et al., | |
| Defendants. | |

PURSUANT TO 28 U.S.C. § 1746, Betty McEntire, Executive Director of the Address Confidentiality Program for the State of Arizona, declares as follows:

1. My name is Betty L. McEntire.

2. I am over the age of 18 and am of sound mind.

3. I have been employed with the Arizona Secretary of State as Executive Director of the Address Confidentiality Program since September, 2011. I have worked in the field of domestic and sexual violence since 1997, and focused on confidentiality best practices under the Violence Against Women Act and similar legislation. I have

1

been an advocate for domestic violence and abuse victims within the court system and trained employee and volunteer advocates for a statewide non-profit victim's advocacy organization.

4. In my role with the Arizona Secretary of State, I developed the Address Confidentiality Program. Now, I am responsible for administering the Address Confidentiality Program on behalf of the Secretary.

5. Individuals enrolled in the Address Confidentiality Program are herein referred to as "ACP Participants."

6. The Address Confidentiality Program is a program that provides victims of domestic violence, sexual offenses, and stalking with a means to prevent abusers and stalkers from locating program participants through public records.

7. The Address Confidentiality Program provides victims of the above crimes with a legal substitute address and confidential mail forwarding services. ACP Participants utilize the substitute address in lieu of his/her home, work, or school address.

8. Although easy access to public records keeps the government accountable to the public, sometimes these records can be used to harass and harm. The Address Confidentiality Program exists to protect survivors by providing them an address that is unconnected from their actual address, therefore preventing their home address from being disclosed. It is not merely mail forwarding, it is a comprehensive program that is a resource in an ACP Participant's overall safety plan.

9. All state and local government agencies must accept the substitute address. If an agency has a statutory obligation, and needs the actual address of an ACP Participant to fulfill a specific statutory function, they must request the address from the Secretary through the program.

10. If an agency and its employees have the actual address of an ACP Participant and know the address belongs to an ACP Participant, anyone who discloses the address, county, or voter precinct of the ACP Participant has committed a class 1 misdemeanor. Government officials are also prohibited from disclosing an ACP Participant's phone number.

11. The Secretary serves as the ACP Participant's legal agent for service of process, determines school boundary eligibility, transfers school records between a previous and an enrolling school, and assists eligible participants in registering to vote, along with many other duties.

12. The Address Confidentiality Program is important because it provides a tool for a survivor of domestic violence, stalking, and/or sexual offenses to protect themselves and their families.

13. An ACP Protected Voter's precinct is a key piece of information that a stalker or abuser can use to determine where his victim lives.

14. Even knowing the county in which an ACP Protected Voter resides can be used by a stalker or abuser to narrow down where he can find his victim.

15. In 2017, an ACP participant was murdered by her victimizer after he was able to ascertain her home address.

16. Staff in the Secretary's Office field calls from perpetrators, trying to obtain information about ACP Participants. In one incident, a perpetrator started harassing me, and informed staff he knew my whereabouts. This perpetrator was so emboldened and angry that our office was protecting his wife from him, that he started threatening me as the Executive Director of the Address Confidentiality Program. The ongoing calls and threats required our office to request my local law enforcement intervention.

17. In short, the threat to ACP Participants is very real. These examples highlight the risks our participants face every day and the importance of the Address Confidentiality Program.

18. There are 637 households in Arizona that have an adult in the Address Confidentiality Program.

19. There are some 1,800 people who live in those affected households.

20. Not all ACP Participants are registered voters. ACP Participants who are registered to vote are identified as "ACP Protected Voters."

21. There are 349 ACP Protected Voters in the state of Arizona.

22. There are 75 ACP Protected Voters in Maricopa County.

23. There are 11 ACP Protected Voters in Pima County.

24. Identifying ACP Protected Voters' counties of residence, or their precinct information, makes them less secure and places them at greater risk.

25. There are over 900 children living in households with ACP Protected Voters. Those children could be in danger if the ACP Protected voters' actual addresses, including precinct number and county of residence, are disclosed.

26. If Maricopa County provides the residential address, telephone number, and precinct and county information of ACP Protected Voters to the general public upon request, it will severely damage the Address Confidentiality Program. Not only will this disclosure break the trust ACP Protected Voters relied on when enrolling in the Address Confidentiality Program and put them in harm's way, it will discourage current and future participants from registering to vote at all.

//

//

//

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2017.

                                   *[signature]*
                                   Betty L. McEntire
                                   Executive Director of the Address
                                   Confidentiality Program,
                                   Arizona Secretary of State's Office

#5842031-v3