# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Project Vote, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Michele Reagan, et al. <br><br> Defendants. | No. CV-16-01253-PHX-DLR <br><br> **PROPOSED ORDER ENJOINING PARAGRAPH 3 OF THE SETTLEMENT AGREEMENT BETWEEN PROJECT VOTE AND MARICOPA COUNTY, (DOC. 71-1), AS APPLIED TO VOTERS WHOSE ADDRESSES ARE PROTECTED BY STATE LAW.** |

For the reasons set forth in the Defendant Secretary of State's Motion to Enjoin Paragraph 3 of the Settlement Agreement between Plaintiff Project Vote and Defendant Maricopa County (the "Settlement Agreement") (Doc. 71-1), the Court grants the Motion solely as it applies to voters whose addresses are protected by Arizona's Address Confidentiality Program (ACP) established by A.R.S. §§ 16-161 to -169 and the confidentiality protection provided in A.R.S. § 41-153.  This injunction prohibits Project Vote and Maricopa County from releasing information concerning voters that are protected from disclosure under A.R.S. §§ 16-153 and 41-165(E).  This injunction will go into effect immediately.  It will expire when this Court determines that Project Vote and Maricopa County have rewritten Paragraphs 7(a) and (c) of the Settlement Agreement

to conform with the requirements of state law, requiring the redaction of all information required to be redacted by A.R.S. §§ 16-161 to -169 and 41-153. Project Vote shall file its rewritten Paragraphs with the Court, and the Secretary shall have opportunity to comment prior to this Court determining that the requirements of state law are satisfied and the injunction is lifted.

DATED this _____ day of March, 2017.