| | |
|---|---|
| SACKS, RICKETTS & CASE LLP<br>Cynthia A. Ricketts, SBN 012668<br>cricketts@srclaw.com<br>Amanda Jenkins, SBN 030694<br>ajenkins@srclaw.com<br>2800 North Central Avenue, Suite 1230<br>Phoenix, AZ 85004<br>Telephone: (602) 385-3370<br>Facsimile: (602) 385-3371<br><br>KIERMAN LAW PLC<br>Allison Kierman, SBN 024414<br>akierman@kiermanlaw.com<br>14362 N Frank Lloyd Wright Boulevard, Suite 1000<br>Scottsdale, AZ 85260<br>Telephone: (480) 719-7333<br><br>ROPES & GRAY LLP<br>Colleen A. Conry (*pro hac vice*)<br>colleen.conry@ropesgray.com<br>David E. Rhinesmith (*pro hac vice*)<br>david.rhinesmith@ropesgray.com<br>Emerson A. Siegle (*pro hac vice*)<br>emerson.siegle@ropesgray.com<br>2099 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 508-4600<br><br>*Attorneys for Plaintiff Project Vote, Inc.* | WILLIAM G. MONTGOMERY<br>Maricopa County Attorney<br>M. Colleen Connor<br>Andrea L. Cummings<br>Deputy County Attorneys<br>222 N. Central Avenue, Suite 1100<br>Phoenix, AZ 85004<br>Telephone: (602) 506-8541<br>Facsimile: (602) 506-8567<br>*Attorneys for Maricopa County Recorder* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Project Vote, Inc.,<br><br>     Plaintiff,<br><br>   v.<br><br>Michele Reagan, in her official capacity as Secretary of State, State of Arizona; Adrian Fontes, in his official capacity as County Recorder of Maricopa County; F. Ann Rodriguez, in her official capacity as County Recorder of Pima County,<br><br>     Defendants. | Case No. CV-16-01253-DLR-PHX<br><br>**JOINT NOTICE OF AMENDED SETTLEMENT AGREEMENT IN RESPONSE TO SECRETARY'S NON-OPPOSITION** |

1    Plaintiff Project Vote, Inc. ("Project Vote") and Defendant Adrian Fontes, in his official capacity as County Recorder of Maricopa County ("Fontes"), hereby provide notice that they have reached and executed an amended settlement agreement, attached hereto as **Exhibit 1** (the "Amended Agreement").  The Amended Agreement fully addresses the demands in the Arizona Secretary of State's (the "Secretary") Motion for an Order Enjoining the Settlement (Doc. 73) (the "Motion").  The Secretary's Motion is therefore moot.  In support of filing this Notice and Amended Settlement, Project Vote and Fontes state:

1.   Project Vote and Fontes have and continue to endeavor to comply with all applicable laws.  This includes Arizona laws governing the confidentiality of voter information.  The inclusion of Paragraph 7 in the original settlement agreement, *requiring* the parties adhere to the confidential provisions of Arizona law, plainly demonstrates that intent.  Furthermore, both Paragraph 2 (governing access to voter registration records) and Paragraph 8 (governing public access) cross-reference Paragraph 7, further demonstrating that intent.

2.   The Secretary's Motion, filed late on March 28, 2017, is the first notice that Project Vote received that the Secretary had any concerns about the settlement agreement.  The Secretary's counsel did not contact Project Vote before filing the Motion.  The Secretary's counsel contacted Fontes' counsel before filing the Motion, but refused to identify the Secretary's substantive concerns, despite Fontes' counsel expressly asking for that information, stressing that "[t]here is no reason to waste judicial resources on this matter when we can probably work things out among the parties."  A copy of this correspondence is attached hereto as **Exhibit 2**.  Because the Secretary failed to appropriately meet and confer with both parties to the settlement agreement before filing this Motion, Project Vote and Fontes had no adequate prior opportunity to address the issues the Secretary now raises.

3.   Upon being notified of the Secretary's concerns, Project Vote and Fontes immediately began work on a revised Paragraph 7.  This revision is reflected in the Amended Agreement.  The Amended Agreement meets or exceeds the Secretary's demands.  A redline showing the changes to the settlement agreement is attached hereto as **Exhibit 3**.

4. The Amended Agreement renders the Secretary's Motion moot. The Secretary's purposeful decision to file the Motion without meeting and conferring with Project Vote and Fontes, as required, was inappropriate and unproductive. It resulted in a waste of this Court's time and resources.

Note that by providing the Court with notice regarding the Amended Agreement, Project Vote and Fontes do not waive their rights to file a timely opposition to the Secretary's Motion.

WHEREFORE, Project Vote and Fontes respectfully request that this Court deny as moot the Secretary's Motion for an Order Enjoining Paragraph 3 of the Settlement Agreement between Project Vote and Maricopa County.

Dated:  March 30, 2017

Respectfully submitted,

PROJECT VOTE, INC.

By: s/ Amanda Jenkins
Cynthia A. Ricketts
Amanda Jenkins
SACKS, RICKETTS & CASE LLP
2800 N. Central Avenue, Suite 1230
Phoenix, AZ 85004
(602) 385-3370
cricketts@srclaw.com

and

Allison L. Kierman
KIERMAN LAW PLC
14362 N Frank Lloyd Wright Boulevard
Suite 1000
Scottsdale, AZ 85260
(480) 719-7333
akierman@kiermanlaw.com

and

Michelle E. Kanter Cohen (*pro hac vice*)
PROJECT VOTE, INC.

3

|   |   |
|---|---|
| 1 | 1420 K Street NW |
| 2 | Suite 700 |
|   | Washington, DC 20005 |
| 3 | (202) 546-4173 |
| 4 | mkantercohen@projectvote.org |
| 5 | and |

Colleen A. Conry (*pro hac vice*)
David E. Rhinesmith (*pro hac vice*)
Emerson A. Siegle (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
(202) 508-4600
colleen.conry@ropesgray.com
david.rhinesmith@ropesgray.com

*Attorneys for Plaintiff*
*Project Vote, Inc.*

And

WILLIAM G. MONTGOMERY
Maricopa County Attorney
Firm Bar No. 0003200
M. Colleen Connor (015679)
Andrea L. Cummings (013507)
Deputy County Attorneys
222 N. Central Avenue, Suite 1100
Phoenix, AZ 85004
Telephone: (602) 506-8541
Facsimile: (602) 506-8567
*Attorneys for Maricopa County Recorder*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same if non-registrants, this 30th day of March, 2017:

Daniel Jurkowitz
Pima County Attorney's Office
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701
daniel.jurkowitz@pcao.pima.gov

*Attorneys for Defendant F. Ann Rodriguez, Pima County Recorder*

1  Kara M. Karlson
2  ARIZONA ATTORNEY GENERAL
   1275 W. Washington Street
3  Phoenix, Arizona 85007-2926
   SolicitorGeneral@azag.gov
4

5  *Attorneys for Defendant Michele Reagan, Arizona Secretary of State*

6

7  */s/Katherine Sieckman*

5