# EXHIBIT 2

| | |
|---|---|
| **From:** | Connor Colleen |
| **To:** | "Karlson, Kara"; La Rue, Joseph |
| **Subject:** | RE: Project Vote v. Reagan et al: Draft Proposed Consent Order |
| **Date:** | Wednesday, March 22, 2017 2:07:06 PM |

Correct.

-----Original Message-----
From: Karlson, Kara [mailto:Kara.Karlson@azag.gov]
Sent: Wednesday, March 22, 2017 2:01 PM
To: Connor Colleen; La Rue, Joseph
Subject: RE: Project Vote v. Reagan et al: Draft Proposed Consent Order

Colleen:

Thank you for the quick response. I just want to clarify that Maricopa County has agreed not to produce any documents pursuant to this Settlement Agreement until the Court has ruled on the response we are filing on or before March 31.

If that was not your agreement, please let me know immediately.

~Kara

-----Original Message-----
From: Connor Colleen [mailto:connorc@mcao.maricopa.gov]
Sent: Wednesday, March 22, 2017 1:20 PM
To: Karlson, Kara; La Rue, Joseph
Subject: RE: Project Vote v. Reagan et al: Draft Proposed Consent Order

Kara:

Maricopa County will hold off on sending Project Vote anything until this matter is resolved.

Dan asked for a copy of the agreement at the initial stage of the settlement discussions. We finalized the terms of the settlement last Tuesday. Again, had you asked me for a copy of the settlement when Project Vote requested a stipulation, I would have given it to you.

I disagree with you assessment that it's too late to discuss resolving this matter. There is no reason to waste judicial resources on this matter when we can probably work things out among the parties. Furthermore, the chief election officer of the state should not keep her concerns a secret. Can you at least tell us the page number or paragraph that has your client concerned?

Colleen


Sent with Good (www.good.com)


 -----Original Message-----
From:   Karlson, Kara [mailto:Kara.Karlson@azag.gov]
Sent:   Wednesday, March 22, 2017 01:07 PM US Mountain Standard Time
To:     Connor Colleen; La Rue, Joseph
Subject:        RE: Project Vote v. Reagan et al: Draft Proposed Consent Order

Colleen:

I have asked you for the settlement terms. Indeed, the email that you have responded to specifically stated that we were "interested in hearing from your client if his position on settlement has changed." In addition, I had at least two conversations with attorneys from Project Vote last week, and both times they steadfastly refused to provide the settlement agreement or even the general terms. On March 17, Dan Jurkowitz also said that he had been unable to obtain the settlement agreement. Based on my repeated good faith efforts to obtain the settlement agreement, I had no reason to believe you or anyone else would provide it to me.

I agree that it would be preferable not to get the Court involved, which is why I asked all parties for a copy of the settlement agreement before we got to this point. We had hoped we would be able to express any concerns the Secretary might have before the agreement was signed. We also attempted to avoid an emergency filing by asking you to voluntarily agree to delay producing any lists that included voter registration information until we had opportunity to file our objection to the terms of your settlement agreement, identify these concerns to the Court, and provide all stakeholders in this litigation an opportunity to weigh in. Unfortunately, now this agreement has been executed, distributed publicly, and filed with the Court. The actions Project Vote and Maricopa County chose to take precludes the ability of the parties to now put the genie back in the bottle, which is why we believe it must be taken to the Court for its determination.

As expressed in the phone call, our position is that we must know that you will not produce any voter registration information until the Court has opportunity to consider our concerns and any response you have, or we will have to file an emergency TRO. Please let us know your client's position no later than 3 p.m. today.

~Kara

-----Original Message-----
From: Connor Colleen [mailto:connorc@mcao.maricopa.govnt: Wednesday, March 22, 2017 11:41 AM
To: Karlson, Kara; La Rue, Joseph
Subject: RE: Project Vote v. Reagan et al: Draft Proposed Consent Order

Kara and Joe:

Had you asked me for a copy of the agreement, I would have provided it to you back on the 14th.

Are you all going to disclose the provision of the settlement agreement that concerns you prior to filing a response on the 31st? I urge you to disclose your concerns as soon as possible so we can try to reach some sort of resolution prior to the 31st. It seems unnecessary to get the court involved if we don't have to.

Colleen



Sent with Good (www.good.com)


 -----Original Message-----
From:   Karlson, Kara [mailto:Kara.Karlson@azag.gov]
Sent:   Monday, February 13, 2017 03:02 PM US Mountain Standard Time
To:     Connor Colleen; La Rue, Joseph
Subject:        FW: Project Vote v. Reagan et al: Draft Proposed Consent Order

Colleen:



Attached is the most recent Consent Decree between Plaintiff and the Secretary. I'm sending this in response to your request for a copy. However, we have not heard back from Project Vote on this since September, and I'm not

sure where we stand in regards to this Consent Decree.  Moreover, as I'm sure you're aware, there is a bill at the legislature, HB 2412, making significant changes to the cost provisions of ARS 16-168.

We are, of course, interested in hearing from your client if his position on settlement has changed.

~Kara