1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                       **FOR THE DISTRICT OF ARIZONA**
8
9    Project Vote Incorporated,                    No. CV-16-01253-PHX-DLR
10                    Plaintiff,                    **ORDER**
11   v.
12   Michele Reagan, et al.,
13                    Defendants.
14

Plaintiff has notified the Court that it has reached a settlement with Defendant Adrian Fontes in his official capacity as County Recorder for Maricopa County.  (Doc. 71.)  Accordingly, Plaintiff seeks to voluntarily dismiss Fontes without prejudice.  There being no opposition (*see Id.* at 2; Doc. 78), and for good cause shown,

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal of a Defendant Without Prejudice (Doc. 71) is **GRANTED**.  Plaintiff's claims against Defendant Adrian Fontes in his official capacity as County Recorder for Maricopa County are hereby dismissed without prejudice.

Dated this 11th day of April, 2017.

Douglas L. Rayes
United States District Judge