SACKS, RICKETTS & CASE LLP
Cynthia A. Ricketts, SBN 012668
cricketts@srclaw.com
Amanda Jenkins, SBN 030694
ajenkins@srclaw.com
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Telephone: (602) 385-3370
Facsimile: (602) 385-3371

KIERMAN LAW PLC
Allison Kierman, SBN 024414
akierman@kiermanlaw.com
14362 N Frank Lloyd Wright Boulevard, Suite 1000
Scottsdale, AZ 85260
Telephone: (480) 719-7333

ROPES & GRAY LLP
Colleen A. Conry (*pro hac vice*)
colleen.conry@ropesgray.com
Emerson A. Siegle (*pro hac vice*)
emerson.siegle@ropesgray.com
2099 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 508-4600

*Attorneys for Plaintiff Project Vote, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Project Vote, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Michele Reagan, in her official capacity as Secretary of State, State of Arizona; F. Ann Rodriguez, in her official capacity as County Recorder of Pima County, <br><br> Defendants. | Case No. CV-16-01253-DLR-PHX <br><br> **MOTION FOR VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Project Vote, Inc. ("Project Vote"), by and through undersigned counsel, hereby moves this Court to voluntarily dismiss this action as to Defendant Michele Reagan, in her official capacity as the Arizona Secretary of State ("Reagan"), and Defendant F. Ann Rodriguez, in her official capacity as County Recorder of Pima County ("Rodriguez"). In support of this motion, Plaintiff states:

1. Project Vote is a national, non-partisan voting rights advocacy organization that seeks to ensure that every eligible citizen can register, vote, and cast a ballot that counts.

2. On April 27, 2016, Project Vote filed a complaint in the U.S. District Court for the District of Arizona against Reagan, Defendant Helen Purcell, in her official capacity as County Recorder of Maricopa County, and Rodriguez, asserting that A.R.S. § 16-168(E), which provided fees that requestors were required to pay to obtain voter registration data, violated the reasonable fee requirements of Section 8 of the National Voter Registration Act of 1993 ("NVRA").

3. On March 14, 2017, Project Vote and Defendant Adrian Fontes, in his official capacity as County Recorder of Maricopa County ("Fontes"), entered into a settlement agreement fully resolving Project Vote's claims against Defendant Fontes in this litigation. A copy of that settlement agreement was filed with the Court as Docket No. 75-1.

4. In response to this litigation, the State of Arizona passed a new version of A.R.S. § 16-168(E), effective on March 31, 2017, altering the statewide fee structure of the statute and significantly lowering fees to obtain voter registration data.

5. On June 23, 2017, Project Vote and Reagan entered into a settlement agreement fully resolving Project Vote's claims against Reagan in this litigation. That agreement is attached hereto as Exhibit 1. Pursuant to that agreement, Project Vote and Reagan each agree to bear its/their own attorney's fees and costs.

6. Project Vote and Rodriguez have not yet reached a settlement agreement.

7. Project Vote has suspended its operations, and does not intend to further prosecute this action.

8. Pursuant to the settlement agreement, and on June 28, 2017, Defendant Reagan, in her official capacity as Secretary of State, State of Arizona, stated, through counsel, that she has no objection to the dismissal of this action.

9. On July 3, 2017, Defendant F. Ann Rodriguez, in her official capacity as County Recorder of Pima County, stated, through counsel, that she has no objection to the dismissal of this action. Project Vote and Rodriguez will each bear its/their own attorney's fees and costs.

10. Under Federal Rule of Civil Procedure 41(a)(2), the Court may, "at the plaintiff's request," dismiss an action on "terms that the court considers proper." Here, in light of the settlement agreement, dismissal is proper.

WHEREFORE, Project Vote respectfully requests that this Court dismiss the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: July 6, 2017

Respectfully submitted,

PROJECT VOTE, INC.

By: /s/ Cynthia A. Ricketts
Cynthia A. Ricketts
Amanda Jenkins
SACKS, RICKETTS & CASE LLP
2800 N. Central Avenue, Suite 1230
Phoenix, AZ 85004
(602) 385-3370
cricketts@srclaw.com

and

Allison L. Kierman
KIERMAN LAW PLC
14362 N Frank Lloyd Wright Boulevard
Suite 1000
Scottsdale, AZ 85260

3

(480) 719-7333
akierman@kiermanlaw.com

and

Michelle E. Kanter Cohen (*pro hac vice*)
PROJECT VOTE, INC.
1420 K Street NW
Suite 700
Washington, DC 20005
(202) 656-1210
mkantercohen@projectvote.org

and

Colleen A. Conry (*pro hac vice*)
Emerson A. Siegle (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
(202) 508-4600
colleen.conry@ropesgray.com
emerson.siegle@ropesgray.com
*Attorneys for Plaintiff*
*Project Vote, Inc.*

1   I hereby certify that on July 6, 2017, I served the Motion for Voluntary Dismissal
2  by electronic mail on the following:

3
    Kara M. Karlson
4      Joseph E. LaRue
    Assistant Attorneys General
5      1275 West Washington
    Phoenix, AZ 85007
6      Kara.Karlson@azag.gov
7      Joseph.LaRue@azag.gov
    Attorneys for Defendant Secretary of State
8

9      Collen Conner, Esq.
    Andrea Lee Cummings, Esq.
10     Joseph I. Vigil
    Deputy Maricopa County Attorney
11     222 North Central Avenue
12     Suite 1100
    Phoenix, AZ 85004
13     ConnorC@mcao.maricopa.gov
14     CummngA@mcao.marcicopa.gov
    VigilJ@mcao.maricopa.gov
15     Attorneys for Defendant Maricopa County Recorder

16
    Barbara LaWall
17     Pima County Attorney
    Civil Division
18     Daniel Jurkowitz
19     Karen s. Friar
    Deputy County Attorneys
20     32 North Stone Avenue, Suite 2100
    Tucson, Arizona 85701
21     Daniel.Jurkowitz@pcao.pima.gov
22     Karen.Friar@pcao.pima.gov
    Attorneys for Defendant Pima County Recorder
23

24
    Dated this 6th day of July, 2017.
25
                              SACKS, RICKETTS & CASE LLP
26
                              By: /s/Malu Mauga
27                                  Malu Mauga
28

5