# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Project Vote Incorporated, | No. CV-16-01253-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Michele Reagan, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's Motion for Voluntary Dismissal. (Doc. 83.) For good cause shown,

**IT IS ORDERED** that the motion to dismiss this Action is **GRANTED**.

**IT IS FURTHER ORDER** vacating any pending motions and any pending hearings.

Dated this 7th day of August, 2017.

Douglas L. Rayes
United States District Judge